J-S47002-18

NON-PRECEDENTIAL DECISION — SEE SUPERIOR COURT I.O.P. 65.37

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DYLLON LEE POWELL, | : | |
| | : | |
| Appellant | : | No. 991 WDA 2017 |

Appeal from the Judgment of Sentence June 9, 2017
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0000426-2017

BEFORE: OLSON, J. MCLAUGHLIN, J. and STRASSBURGER, J.*

CONCURRING STATEMENT BY STRASSBURGER, J.:

FILED NOVEMBER 2, 2018

I join the Majority Memorandum. I write separately only to comment that Appellant's position – that he should be released after his escape because the Pennsylvania State Police did not look hard enough for him – is classic chutzpah.[1]

---

[1] Chutzpah, a Yiddish term, has been defined as gall or nerve, such as exhibited in the boy who killed his parents and then begged the court for mercy because he was an orphan.

---

* Retired Senior Judge assigned to the Superior Court.